

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>MSRP COMPANY, INC.,<br>Debtor | Ch. 11<br>22-11822-JEB |

### Order

**MATTER:**

#5 December 16, 2022 Order to Show Cause

No response having been filed and no counsel having appeared on behalf of the Debtor corporation, the Order to Show Cause is enforced, and this case is dismissed.

Dated: 12/30/2022

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge